| | | |
|---|---|---|
| [State of Colorado seal] | **GRANTED** | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order. |

*/s/ Charles M. Pratt*
**Charles M. Pratt**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

---

| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, COLORADO<br><br>Arapahoe County Justice Center<br>7325 S. Potomac St.<br>Englewood, Colorado 80112 | EFILED Document<br>CO Arapahoe County District Court 18th JD<br>Filing Date: Jul 29 2011 10:56AM MDT<br>Filing ID: 38986446<br>Review Clerk: N/A |
| **Plaintiff:** Diane David<br><br>v.<br><br>**Defendant:** Sirius Computer Solutions | ▲ COURT USE ONLY ▲ |
| | Case No. 11CV1147<br><br>Ctrm. |

**ORDER RE DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING**

This matter comes before the Court on Defendant's Unopposed Motion for Extension of Time to File an Answer or Other Responsive Pleading, and having found good cause shown, the Court grants the motion and orders that Defendant shall file a responsive pleading on or before August 17, 2011.

_____
District Court Judge

**This document constitutes a ruling of the court and should be treated as such.**

|  |  |
|---|---|
| **Court:** | CO Arapahoe County District Court 18th JD |
| **Judge:** | Charles M Pratt |
| **File & Serve Transaction ID:** | 38948039 |
| **Current Date:** | Jul 29, 2011 |
| **Case Number:** | 2011CV1147 |
| **Case Name:** | DAVID, DIANE vs. SIRIUS COMPUTER SOLUTIONS |

/s/ **Judge Charles M Pratt**