IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.**

**DIANE DAVID,**

    **Plaintiff,**

**v.**

**SIRIUS COMPUTER SOLUTIONS,**

    **Defendant.**

## NOTICE OF RELATED CASES

Pursuant to D.C.COLO.LCivR 7.5, Defendant Sirius Computer Solutions, Inc. (erroneously sued as "Sirius Computer Solutions") hereby submits this Notice of Related Cases. Defendant certifies that there are no cases pending in this or any other court that are reasonably related to this matter.

Dated:  August 4, 2011

    *s/ Janet Savage*
Janet Savage
Sybil Kisken
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth St., Suite 500
Denver, CO 80202
Telephone:  (303) 892-9400
Facsimile: (303) 893-1379
Email: janet.savage@dgslaw.com
Attorneys for Defendant SIRIUS COMPUTER SOLUTIONS, INC. (erroneously sued as "SIRIUS COMPUTER SOLUTIONS")

2081503.1

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on August 4, 2011, I electronically filed the foregoing with the Clerk of the Court, and I served via first class mail, postage prepaid, the foregoing on the following:

    Darold W. Killmer
    Sara J. Rich
    Killmer, Lane & Newman LLP
    1543 Champa St. Suite 400
    Denver, CO  80202

                                                        s/ *Katie Evans*