IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02030-RPM

**DIANE DAVID,**

    Plaintiff,

v.

**SIRIUS COMPUTER SOLUTIONS,**

    Defendant.

---

### REVISED CORPORATE DISCLOSURE STATEMENT

---

Pursuant to Federal Rule of Civil Procedure 7.1(a) and D.C.COLO.LCivR 7.4, Defendant Sirius Computer Solutions, Inc. (erroneously sued as "Sirius Computer Solutions") ("Sirius") hereby submits this revised corporate disclosure statement and certifies as follows:

    1.    Sirius Computer Solutions, Inc. is a Texas Corporation;

    2.    Sirius' parent company is SCS Holdings I Inc.; and

    3.    No publicly held corporation owns 10% or more of Sirius' stock.

Dated: September 1, 2011

    *s/ Janet Savage*
    Janet Savage
    Sybil Kisken
    DAVIS GRAHAM & STUBBS LLP
    1550 Seventeenth St., Suite 500
    Denver, CO 80202
    Telephone: (303) 892-9400
    Facsimile: (303) 893-1379
    Email: janet.savage@dgslaw.com
    Attorneys for Defendant SIRIUS COMPUTER SOLUTIONS, INC. (erroneously sued as "SIRIUS COMPUTER SOLUTIONS")

2086256.1

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 1, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems, which will send notification of such filing to the following:

>Darold W. Killmer
>Sara J. Rich
>Killmer, Lane & Newman LLP
>1543 Champa St. Suite 400
>Denver, CO  80202

                                           s/ *Katie Evans*