# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                    September 30, 2011
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 11-cv-02030-RPM

DIANE DAVID,                                              Darold W. Killmer
                                                          Sarah J. Rich
         Plaintiff,

v.

SIRUS COMPUTER SOLUTIONS,                                 Janet A. Savage

         Defendant.
_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**10:26 a.m.**     **Court in session.**

Discussion regarding motion to disqualify.
Statement by Ms. Savage.

**ORDERED:    Plaintiff's Motion to Disqualify Defendant Sirus Computer Solutions' Counsel [11], is granted.
Defendant has to October 20, 2011 (20 days) to obtain representation.
No scheduling order entered.**

**10:29 a.m.**     **Court in recess.**

Hearing concluded.  Total time: 3  min.