IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02030-RPM

DIANE DAVID,

      Plaintiff,

v.

SIRIUS COMPUTER SOLUTIONS,

      Defendant.

## ORDER DISQUALIFYING COUNSEL

At the scheduling conference convened today, the Court considered the plaintiff's motion to disqualify counsel for the defendant. Attached to the motion is the affidavit of the plaintiff Diane David concerning association with Thomas P. Johnson of Davis Graham & Stubbs. Janet A. Savage of that firm appearing for the defendant acknowledged that Mr. Johnson had a social relationship with Ms. David and her fiancé but denied that there was any attorney-client relationship or that the plaintiff sought and obtained legal advice from Mr. Johnson. In this Court's view, the issue is not whether there was an attorney-client relationship or any legal advice. It is that the plaintiff's affidavit establishes that she has a reasonable basis for questioning the integrity of this court process if the defendant is represented by any attorney from the firm in which Mr. Johnson is a partner. Because the Court has an obligation to protect the integrity of the process and public confidence in it, it is

ORDERED that the motion to disqualify is granted. Janet A. Savage and all other attorneys in the law firm of David Graham & Stubbs are disqualified from representation of the

defendant Sirius Computer Solutions in this civil action.  The defendant shall have 20 days within which to obtain new counsel.

Dated:   September 30th, 2011

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge