**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02030-RPM

DIANE DAVID,

      Plaintiff,

v.

SIRIUS COMPUTER SOLUTIONS,

      Defendant.

_____

**ORDER**
_____

UPON Plaintiff's Unopposed Motion To Modify Scheduling Order With Respect to

Expert Disclosures, the Court, being fully advised in the premises and for good cause shown,

hereby ORDERS:

Plaintiff's motion is GRANTED.  Plaintiff's expert disclosures are due on April 30, 2012.

Defendant's expert disclosures are due on May 27, 2012.  Rebuttal opinions are due on June 8,

2012.

DATED this 20th day of March, 2012.

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    United States Senior Judge Richard P. Matsch