# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02030-RPM

DIANE DAVID,

    Plaintiff,

v.

SIRIUS COMPUTER SOLUTIONS,

    Defendant.

_____

## ORDER
_____

UPON Plaintiff's Unopposed Motion for Two-Week Extension of Deadlines to Submit Expert Report, the Court, being fully advised in the premises and for good cause shown, hereby ORDERS:

Plaintiff's motion is GRANTED. Plaintiff's expert disclosures are due on May 14, 2012. Defendant's expert disclosures are due on June 14, 2012. Rebuttal opinions are due on July 13, 2012.

DATED this 1st day of May, 2012.

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            United States Senior Judge Richard P. Matsch