# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 2011-cv-02030-RPM

DIANE DAVID,

    Plaintiff,

v.

SIRIUS COMPUTER SOLUTIONS, INC.,

    Defendant.

_____

## ORDER GRANTING STIPULATED MOTION TO RESTRICT ACCESS TO PLAINTIFF'S SUMMARY JUDGMENT RESPONSE
_____

Upon review of the Parties' Stipulated Motion to Restrict Access to Plaintiff's Summary Judgment Response [41], it is

ORDERED that the Motion to Restrict is GRANTED. Exhibits 1-18 will remain Level 1 restricted.

Dated this 16th day of October, 2012.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge