# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

| | |
|---|---|
| Date: | March 6, 2013 |
| Courtroom Deputy: | J. Chris Smith |
| FTR Technician: | Kathy Terasaki |

_____

Civil Action No. 11-cv-02030-RPM

| | |
|---|---|
| DIANE DAVID, | Darold W. Killmer |
| | Tiffany J. Drahota |
| Plaintiff, | |
| v. | |
| SIRUS COMPUTER SOLUTIONS, | William D. Nelson |
| | David M. Hyams |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**1:58 p.m.**      **Court in session.**

Defendant's client representative Justin Sobey present.

Court's preliminary remarks and states its understanding of the case based on its review of the pleadings.

2:05 p.m.      Mr. Nelson describes business model of the defendant.

Argument by Mr. Nelson.

2:31 p.m.      Argument by Mr. Killmer.

2:49 p.m.      Rebuttal argument by Mr. Nelson.

**ORDERED:   Defendant's Motion for Summary Judgment [32] / [34], is denied with respect to negligent and fraudulent misrepresentations claims and granted with respect to the promissory estoppel claim.**

   Discovery is reopened for 60 days (May 6, 2013).

**2:55 p.m.**      **Court in recess.**

Hearing concluded.  Total time: 57 min.