### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02030-RPM

DIANE DAVID,

    Plaintiff,

v.

SIRIUS COMPUTER SOLUTIONS,

    Defendant.
_____

### JUDGMENT
_____

Pursuant to the Order on Defendant's Motion for Summary Judgment [32], by Senior District Judge Richard P. Matsch, entered in the March 6, 2013, Courtroom Minutes[45], it is

ORDERED that Defendant's [32] Motion for Summary Judgment is granted in part, dismissing plaintiff's promissory estoppel claim, third claim for relief.

This matter was tried on the remaining two claims from December 2, 2013, through December 10, 2013, before an empaneled jury of twelve, Senior District Judge Richard P. Matsch presiding. The trial proceeded to conclusion and the jury found that plaintiff, Diane David did not prove by a preponderance of the evidence her fraudulent Inducement claim against the defendant, Sirius Computer Solutions, but she did prove by a preponderance of the evidence that defendant Sirius Computer Solutions was negligent, by giving the plaintiff, Diane David false information upon which she relied in leaving her employment at Cornerstone Systems to go to work at Sirius Computer Solutions, and awarded economic damages in the amount of $231,665.00. Accordingly, it is

FURTHER ORDERED that judgment is entered in favor of plaintiff, Diane David, and against defendant, Sirius Computer Solutions in the amount of $231,665.00. It is

FURTHER ORDERED that post judgment interest shall accrue at the legal rate of 0.13% from the date of entry of this judgment. It is

December 11, 2013
11-cv-02030-RPM

FURTHER ORDERED that plaintiff, Diane David shall have her costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment.

DATED at Denver, Colorado, this 11th day of December, 2013.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/J. Chris Smith
_____
Deputy Clerk