IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02030-RPM

DIANE DAVID,

     Plaintiff,

v.

SIRIUS COMPUTER SOLUTIONS,

     Defendant.
_____

ORDER TO SUBMIT INTEREST CALCULATION
_____

     To comply with the Mandate of the Tenth Circuit Court of Appeals, received today, and the Judgment of March 10, 2015, it is now

     ORDERED that the parties shall submit an agreed calculation of prejudgment interest to be awarded on or before April 13, 2015, and if the parties are unable to agree, their respective calculations and reasons for the difference shall be submitted on or before that date.

     DATED: April 1, 2015

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge