IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02030-RPM

DIANE DAVID,

      Plaintiff,

v.

SIRIUS COMPUTER SOLUTIONS,

      Defendant.

_____

ORDER VACATING BILL OF COSTS HEARING AND DISMISSING ACTION WITH PREJUDICE
_____

Pursuant to the Stipulated Motion to Vacate Bill of Costs Hearing and Stipulation to Dismiss Action with Prejudice [Doc. 102], it is

ORDERED that the motion is granted.  The May 19, 2015, bill of costs hearing is vacated and this action is dismissed with prejudice.

DATED:   May 14th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge